*In re* INTEGRACIÓN DE SALA ESPECIAL.

*Número:* ———— *Resuelto:* 28 de septiembre de 2005

## ORDEN

Debido a la no intervención de los Jueces Asociados Señores Fuster Berlingeri y Rivera Pérez, se constituye una Sala Especial integrada por el Juez Presidente Señor Hernández Denton y las Juezas Asociadas Señoras Fiol Matta y Rodríguez Rodríguez, para entender en el caso TS-2787, *In re López de Victoria.*

Lo decretó y firma.

(*Fdo.*) Federico Hernández Denton
*Juez Presidente*

CERTIFICO:

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*